# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC HARVEY LITTLECALF,<br><br>Defendant. | Case No. CR-14-130-BLG-SPW<br><br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing presently set for Wednesday, December 10, 2025, at 1:30 p.m., is **VACATED** and **RESET** for **Thursday, December 11, 2025 at 3:30 p.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of December, 2025.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE